

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2019

No. 04-18-00808-CV

Rodulfo J. **MENDEZ,**
Appellant

v.

Jessica **AGUIRRE,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI00963
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to May 20, 2019. **Further requests for an extension of time in which to file appellant's brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court